JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BRIAN AMANTIA, | CASE NO. 2:22-cv-07524 |
| Plaintiff, | **ORDER ON STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| DOES 1 to 10, Inclusive, | |
| Defendants. | |

On November 23, 2022, the parties jointly submitted a Stipulation of Dismissal, dismissing this entire action and claims herein, with prejudice, to the Court. Accordingly, this action and all claims herein are dismissed with prejudice, and the parties will bear their own respective attorneys' fees and costs.

**IT IS SO ORDERED.**

**Dated:** December 20, 2022

*/s/ Stephen V. Wilson*

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

---

**ORDER ON STIPULATION TO DISMISS WITH PREJUDUCE**